| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | CHRISTOPHER S. HALES<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN R. HUMPHREY,<br><br>Defendant. | CASE NO. 2:19-mj-00144-CKD<br><br>STIPULATION AND ORDER<br>TO RESET DATE OF BENCH TRIAL<br><br>DATE: December 16, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff the United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the matter was set for a bench trial to begin on December 16, 2019, at 9:00 a.m.

2. By this stipulation, the parties now jointly request that the Court vacate the current trial date and reset the bench trial on January 6, 2020, at 10:00 a.m.

///
///
///
///
///

Stipulation and [Proposed] Order to Reset Bench Trial Date

1

IT IS SO STIPULATED.

Dated: December 12, 2019            MCGREGOR W. SCOTT
                                                    United States Attorney

                                                    /s/ *Christopher S. Hales*
                                                    CHRISTOPHER S. HALES
                                                    Assistant U.S. Attorney


Dated: December 12, 2019            /s/ *Linda C. Allison*
                                                    LINDA C. ALLISON
                                                    Counsel for Defendant
                                                    STEVEN R. HUMPHREY

                                                    (*Approved via email*)

## ORDER

IT IS HEREBY ORDERED that the bench trial set for December 16, 2019, at 9:00 a.m. is vacated. A bench trial in this matter is hereby set for January 6, 2020 at 10:00 a.m.

SO ORDERED this 12th day of December 2019.

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE